UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF CENTRAL LABORERS' PENSION, WELFARE & ANNUITY FUNDS,<br><br>    Plaintiffs,<br><br>v.<br><br>FREEMAN ENVIRONMENTAL SERVICES INCORPORATED,<br><br>    Defendants. | Case No. 04-cv-4225-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having granted the petitioner's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI**

Dated: December 17, 2007           By:S/Deborah Agans, Deputy Clerk


**Approved:**   s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**